Argued October 25, affirmed November 3, 1972

FRY, *Respondent, v.* FRY (No. 71-400-E), *Appellant.*

501 P2d 1303

*Sam B. Harbison,* Medford, argued the cause for appellant. With him on the briefs were G. W. Kellington, and Harbison, Kellington, Kellington & Davis, Medford.

*Gregory T. Hornecker,* Medford, argued the cause for respondent. With him on the brief were Blackhurst, Hornecker & Hassen, Medford.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

The sole issue on this appeal is the amount of child support that was awarded to the mother, who was given custody of the three children involved. While the amount was substantial, in view of the relevant evidence offered and received, we cannot say that the trial judge's conclusion was not supported by the evidence, or that it was unreasonable.

Affirmed.